**Angelo HAM, Plaintiff–Appellant,**

v.

**DARLINGTON COUNTY SHERIFFS OFFICE; Calvin Jackson; Tim Robertson; John McLeod; Jay Hodge; Sherrie Baugh; Will Rogers; Kernard Redmond, Defendants–Appellees.**

No. 12–7103.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2012.

Decided: Sept. 14, 2012.

Angelo B. Ham, Appellant Pro Se.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo B. Ham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ham v. Darlington Cnty. Sheriffs Office,* No. 4:11–cv–01150–JMC, 2012 WL 2178693 (D.S.C. June 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*